IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

FRANK A. WATSON-MITCHELL,
         Petitioner,
    v.                                     **Judgment in a Civil Case**
JANET NAPOLITANO; DISTRICT
DIRECTOR, U.S. Immigration & Customs
Enforcement, Cary, NC; DISTRICT
DIRECTOR, U.S. Immigration & Customs
Enforcement, Chicago, IL; JONATHAN
MINER
         Respondents.                  Case Number: 5:10-HC-2133-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for failure to respond to this court's order to show cause.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

<u>This Judgment Filed and Entered on November 9, 2011, with service on:</u>
Frank A. Watson-Mitchell 04342-061, Rivers Correctional Institution, P.O. Box 630, Winton, NC 27986 (via U.S. Mail)

November 9, 2011                                                       /s/ Dennis P. Iavarone
                                                                    Clerk